# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2013

No. 12-20260

Lyle W. Cayce
Clerk

DOUGLAS FREULER, derivatively on behalf of Parker Drilling Company,

Plaintiff-Appellant

v.

ROBERT L. PARKER, JR.; ROBERT L. PARKER; JOHN W. GIBSON;
ROGER B. PLANK; R. RUDOLPH REINFRANK; ROBERT E. MCKEE, III;
GEORGE J. DONNELLY; ROBERT W. GOLDMAN; GARY R. KING; DAVID
C. MANNON; JAMES W. WHALEN; W. KIRK BRASSFIELD; LYNN G.
CULLOM; PARKER DRILLING COMPANY, a Delaware Corporation,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-cv-03148

Before JONES, BARKSDALE, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5th CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.